## STATE OF CONNECTICUT *v.* MELVIN D. BRASWELL
## (SC 15532)

Callahan, C. J., and Berdon, Norcott, Katz and McDonald, Js.

Argued September 24—officially released November 11, 1997

*Kenneth J. Ian,* with whom were *Todd D. Fernow* and, on the brief, *Marion J. Barone,* certified legal intern, for the appellant (defendant).

*Carolyn K. Longstreth,* assistant state's attorney, with whom were *Paul E. Murray,* supervisory assistant state's attorney, and, on the brief, *James E. Thomas,* state's attorney, for the appellee (state).

*Opinion*

PER CURIAM. After examining the record on appeal and considering the briefs and oral arguments of the parties, we have determined that the appeal in this case

should be dismissed on the ground that certification was improvidently granted.[1]

The appeal is dismissed.

---

[1] We granted the defendant's petition for certification to appeal from the Appellate Court; *State* v. *Braswell,* 42 Conn. App. 264, 679 A.2d 973 (1996); limited to the following issue: "Whether the Appellate Court properly held that the defendant's conviction and consecutive sentence for attempted sale of narcotics in violation of General Statutes §§ 21a-278 (b) and 53a-49 (a) and attempted delivery of narcotics to an inmate of a correctional institution in violation of General Statutes §§ 53a-174 (a) and 53a-49 (a) did not violate principles of double jeopardy?" *State* v. *Braswell,* 239 Conn. 917, 682 A.2d 1006 (1996).